## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* SANDERS.

[No. 10,131.   Filed November 25, 1919.]

From Marion Superior Court (100,898); *Theophilus J. Moll,* Judge.

Action between Arthur C. Sanders and the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company. From a judgment in favor of the former, the latter appeals. *Reversed.*

*Pickens, Moores, Davidson & Pickens* and *D. P. Williams,* for appellant.

*Forney & Sipe,* for appellee.

NICHOLS, C. J.—The facts in this case are substantially similar to those in the case of *Pittsburgh, etc., R. Co.* v. *Marable* (1920), 189 Ind. 278, 126 N. E. 849.  On the authority of the judgment of that case the judgment in this case is reversed, with instruction to the trial court to grant a new trial.

---

## DeCOCK *v.* DeGROVER.

[No. 10,140.   Filed November 25, 1919.]

From St. Joseph Circuit Court; *Walter A. Funk,* Judge.

Action between Philemon DeCock and Matilda DeGrover.  From a judgment for the latter, the former appeals. *Affirmed.*

*Charles L. Metzger* and *Isaac Kane Parks,* for appellant.
*Drummond & Drummond,* for appellee.

PER CURIAM.—There is no error in the record.  Judgment affirmed, with ten per cent. penalty.